SO ORDERED.

Dated: January 29, 2019

**Eddward P. Ballinger Jr., Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Proceedings in Chapter 7 |
|---|---|
| **DONALD PETERSON AND TERRI PETERSON,** | **No. 2:17-bk-13014-EPB** |
| Debtors. | |
| **ACAR LEASING, LTD, INC., A WHOLLY OWNED SUBSIDARY OF AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL,** | ORDER TERMINATING THE AUTOMATIC STAY |
| | Property: 2015 Buick LaCrosse |
| Movant, | |
| vs. | |
| **DONALD PETERSON AND TERRI PETERSON,** Debtors, and **CONSTANTINO FLORES**, as Trustee, | |
| Respondents. | |

Movant, ACAR LEASING, LTD, INC., A WHOLLY OWNED SUBSIDIARY OF AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the Debtors, DONALD PETERSON AND TERRI PETERSON, and the trustee, CONSTANTINO FLORES, having failed to file an objection to the Motion or the proposed form of Order; the Court having considered the allegations contained in the Motion, the Court finds that the property described as:

Page 1

2015 Buick LaCrosse, VIN 1G4GA5G32FF349235

is owned by Movant and subject to a perfected security interest and lien of Movant, which interest has not been afforded adequate protection; and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien Enforcement in effect with regard to the property described as:

2015 Buick LaCrosse, VIN 1G4GA5G32FF349235

is terminated as to ACAR LEASING, LTD, INC., A WHOLLY OWNED SUBSIDIARY OF AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL.

**ORDER SIGNED AND DATED ABOVE**